STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

John Ezell Jackson
Attorney at Law
P. O. Box 1239
Lake Charles LA 70602

**REHEARING ACTION: September 23, 2015**

**Docket Number: 15   00031-CA**

**DRAUGHN KOONCE**
**VERSUS**
**ST. PAUL FIRE & MARINE INS. CO., ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-4460**

**BEFORE JUDGES**:

>   Hon. John D. Saunders
>   Hon. Elizabeth A. Pickett
>   Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Draughn Koonce** has this day been

>   **DENIED.**

cc: Vernon Ed McGuire, III, Counsel for the Appellee
    Robert C. McCorquodale, Counsel for the Appellee